UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

C.S. GAIDRY, INC., ET AL.                CIVIL ACTION

VERSUS                                   NO: 09-2762

UNION OIL CO. OF CAL., ET AL.            SECTION: R

### ORDER AND REASONS

Before the Court is plaintiffs' Motion for Reconsideration and Alternative Motion to Certify an Interlocutory Order (R. Doc. 31). Plaintiffs present an intricate argument that the Fifth Circuit's decision in *Kling Realty Co., Inc. v. Chevron USA, Inc.*, 575 F.3d 510 (5th Cir. 2009), was incorrectly decided and should not be followed. Whatever the merits of this argument may be, this Court does not sit in review of the Fifth Circuit's decisions. Plaintiffs' request is therefore rejected.

Plaintiffs also urge reconsideration of the Court's determination that abstention under *Burford v. Sun Oil* Co., 319 U.S. 315 (1943), is not warranted in this case. This argument is rejected for the reasons set forth in the original Order. (*See* R. Doc. 29.)

Finally, plaintiffs move the Court to certify the Order for immediate interlocutory appeal under 28 U.S.C. § 1292(b). This provision allows a district judge to certify an order for immediate appeal when it "involves a controlling question of law

as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." The plaintiffs' disagreement with *Kling* and with the Court's previous Order does not satisfy this standard. Their motion is therefore DENIED in full.

New Orleans, Louisiana, this \_\_\_\_16th\_\_\_\_ day of October, 2009.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE